.Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Omer W. Franklin* for petitioner. *Mr. E. K. Wilcox* for respondent.

No. 703. GLEISCH *v.* BENNETT, TRUSTEE IN BANKRUPTCY. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter B. Milkman* for petitioner. *Mr. David Haar* for respondent.

No. 707. JAMES STEWART & Co., INC. *v.* NATIONAL SHAWMUT BANK OF BOSTON. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. J. Wilmer Latimer* for petitioner. *Mr. Thomas Hunt* for respondent.

No. 691. BOWMAN BILTMORE HOTELS CORP. ET AL. *v.* ROBERTS, RECEIVER, ET AL. March 18, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Wm. H. Page, Richard M. Page, Frank C. Laughlin, Spotswood D. Bowers,* and *Jos. F. Mulqueen, Jr.,* for petitioners. *Messrs. Carl M. Owen, Charles E. Hughes, Jr., Charles Franklin, George Welwood Murray, Harold C. McCollom, Martin A. Schenck,* and *Paxton Blair* for respondents.

No. 676. JAMES A. HEARN & SON, INC. *v.* UNITED STATES. March 18, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Edmund S. Kochersperger* for petitioner. *Solicitor General Biggs, Assistant*